UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60600-CIV-ZLOCH

STEPHEN PARKES,

    Plaintiff,　　　　　　　　　　　　　　**O R D E R**

vs.

CARGO MASTERS, INC.,

    Defendant.
_____/

THIS MATTER is before the Court upon Plaintiff Stephen Parkes' Motion In Limine To Exclude Evidence Relating To Defendant's Alleged Department Of Labor Investigation (DE 37) and Stephen Parkes' Motion To Withdraw Document (DE 42). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Stephen Parkes' Motion To Withdraw Document 37 (DE 42) be and the same is hereby **GRANTED**; and

2. Plaintiff Stephen Parkes' Motion In Limine To Exclude Evidence Relating To Defendant's Alleged Department Of Labor Investigation (DE 37) be and the same is hereby **DENIED** as Moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _2nd_ day of July, 2007.

                                                WILLIAM J. ZLOCH
                                              United States District Judge

Copies furnished:

All Counsel Of Record